UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
June 22, 2021

| | |
|---|---|
| **ERIN TREAT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CAUSE NO: 4:20-cv-00242-TWP-DML |
| ) | |
| **NEW ALBANY FLOYD COUNTY** ) | |
| **CONSOLIDATED SCHOOL CORP.,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Erin Treat ("Treat") and Defendant New Albany Floyd County Consolidated School Corp., hereby stipulate to the dismissal of Treat's claims, with prejudice, and with each side to bear her or its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Ryan Sullivan*
Ryan Sullivan
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Email: rsullivan@bdlegal.com

*Counsel for Plaintiff*

*/s/ Brent R. Borg (with permission)*
Brent R. Borg
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
Email: bborg@cchalaw.com

*Counsel for Defendant*